[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15302 ; 11-15353
Non-Argument Calendar

_____

D.C. Docket Nos. 1:11-cr-00059-KOB-HGD-1 ; 1:11-cr-00144-KOB-JEO-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KELVIN DEMOND POWELL,

Defendant - Appellant.

_____

Appeals from the United States District Court
for the Northern District of Alabama

_____

(October 15, 2012)

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Donald Colee, Jr., appointed counsel for Kelvin Powell in these direct

criminal appeals, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeals is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Powell's convictions and sentences are **AFFIRMED**.